UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICOLE LYNN QUIROZ,

                Plaintiff,

-against-

FLORIDA STATE DEPARTMENT OF CHILDREN AND FAMILY SERVICES; NEW YORK STATE OFFICE OF CHILDREN AND FAMILY SERVICES; PENNSYLVANIA DEPARTMENT OF CHILDREN, YOUTH AND FAMILIES; NEW YORK DEPARTMENT OF CORRECTIONS SERVICE; NEW YORK STATE DEPARTMENT OF HEALTH, OFFICE OF PROFESSIONAL MEDICAL CONDUCT,

                Defendants.

23-CV-0832 (LTS)

CIVIL JUDGMENT

For the reasons stated in the April 3, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   May 8, 2023
          New York, New York

                                      /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                      Chief United States District Judge